UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                           **Case No: 6:13-cv-1472-Orl-36KRS**

**MICHAEL G. NICHOLA,**

      **Defendant.**
_____/

**O R D E R**

This matter comes before the Court *sua sponte*. On January 8, 2014, Plaintiff filed a Motion for Summary Judgment (Doc. 15). Defendant filed a Response in opposition to the motion on January 22, 2014 (Doc. 17). In accordance with this Court's requirements, the parties shall file a stipulation of agreed material facts relating to the motion for summary judgment within **SEVEN (7) DAYS** from the date of this Order.

**DONE AND ORDERED** in Orlando, Florida on January 28, 2014.

Charlene Edwards Honeywell
United States District Judge

**Copies to**:
Counsel of Record and Unrepresented Parties, if any