# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                                               **Case No:   6:13-cv-1472-Orl-36KRS**

**MICHAEL G. NICHOLA,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **RENEWED MOTION TO COMPEL (Doc. No. 26)**
>
> **FILED:**      **June 10, 2014**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Based on the papers filed by the parties, it appears that counsel for Plaintiff did not serve Defendant with a properly written and signed First Request for Production. Therefore, the motion to compel a response to an unsigned, email copy of an amended First Request for Production is not well taken. *See* Fed. R. Civ. P. 26(g)(2).   Counsel may serve a request for production of documents in proper format, signed by counsel for Plaintiff upon Defendant by mail, hand delivery or other method of service authorized by the Federal Rules of Civil Procedure and the Local Rules of this Court.

**DONE** and **ORDERED** in Orlando, Florida on June 30, 2014.

                                                 *Karla R. Spaulding*
                                                KARLA R. SPAULDING
                                      UNITED STATES MAGISTRATE JUDGE