# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                           Case No:   **6:13-cv-1472-Orl-40KRS**

**MICHAEL G. NICHOLA,**

    **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**
> **(Doc. No. 123)**
>
> **FILED:** **December 28, 2015**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Defendant filed a motion for judgment as a matter of law, or alternatively for a new trial. Doc. No. 124. Defendant has not yet indicated whether he will file a direct appeal from the judgment in this case. Determination of the motion for judgment as a matter of law and the outcome of a direct appeal will greatly affect consideration of the motion for attorneys' fees.

Accordingly, it is **ORDERED** that Plaintiff may filed a renewed motion for attorneys' fees, if appropriate, within 14 days after the Court rules on Defendant's motion for judgment as a matter of law and the time for filing a direct appeal has expired.   If Defendant files a notice of appeal, the

- 2 -

time for filing a renewed motion for attorneys' fees is extended until 14 days after the United States Court of Appeals for the Eleventh Circuit issues a mandate regarding the decision on appeal.

**DONE** and **ORDERED** in Orlando, Florida on January 7, 2016.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE