# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                           **Case No:   6:13-cv-1472-Orl-40KRS**

**MICHAEL G. NICHOLA,**

    **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S RENEWED MOTION FOR ATTORNEYS' FEES (Doc. No. 129)**
>
> **FILED:**       **July 14, 2016**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with Local Rule 3.01(g).   Any renewed motion must include the certification required by that rule.   A renewed motion must be filed within fourteen days after the time for filing a direct appeal runs or fourteen days after issuance of a mandate by the United States Court of Appeals for the Eleventh Circuit if a direct appeal is taken.

**DONE** and **ORDERED** in Orlando, Florida on July 15, 2016.

                                           *Karla R. Spaulding*
                                           KARLA R. SPAULDING
                                   UNITED STATES MAGISTRATE JUDGE